UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAHEEM S. ASKIA, ) | |
| ) | |
| Petitioner, ) | Case No. CV 09-3638 RSWL (AJW) |
| ) | |
| v. ) | |
| ) | ORDER ACCEPTING REPORT AND |
| JAMES WALKER, WARDEN, ) | RECOMMENDATION OF |
| ) | MAGISTRATE JUDGE |
| Respondent. ) | |
| _____ ) | |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), the Supplemental Report and Recommendation of Magistrate Judge ("Supplemental Report and Recommendation") and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a _de novo_ determination of the portions to which objections were directed.

DATED: 3/6/2015

RONALD S.W. LEW
_____
Ronald S.W. Lew
Senior U.S. District Judge