UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **RAHEEM S. ASKIA,** | Case No. CV 09-3638-RSWL (AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| **JAMES WALKER, Warden,** | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: 3/6/2015

RONALD S.W. LEW
———————————————
Ronald S.W. Lew
United States District Judge

1